**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Julia A. Luster (State Bar No. 295031)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
jluster@bursor.com

**BURSOR & FISHER, P.A.**
Joshua Arisohn (*Pro Hac Vice)*
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
E-Mail: jarisohn@bursor.com

Attorneys for Plaintiff and Putative Class

**SACKS, RICKETTS & CASE, LLP**
Luanne Sacks (SBN 120811)
Michele Floyd (SBN 163031)
177 Post Street, Suite 650
San Francisco, CA 94108
Telephone: 415.549.0580
Facsimile: 415.549.0640
Email: lsacks@srclaw.com
mfloyd@srclaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN PEREZ, individually and on behalf of all others similarly situated,

Plaintiff,

v.

MONSTER INC. and BEST BUY CO., INC.,

Defendants.

Case No.: 3:15-cv-03885

**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO CLASS ACTION COMPLAINT**

[LOCAL RULE 6-1]

IT IS HEREBY AGREED BY AND BETWEEN THE PARTIES HERETO, through their respective counsel of record, as follows:

1. Plaintiff filed a Class Action Complaint ("Complaint") in this action on August 25, 2015;
2. Monster Inc. ("Monster") was served with the Complaint on August 31, 2015, and

thus its deadline to file an answer or otherwise plead in response to the Complaint was September 21, 2015;

3. Best Buy Co., Inc. ("Best Buy") was served with the Complaint on August 28, 2015, and thus its deadline to file an answer or otherwise plead in response to the Complaint was September 18, 2015;

4. On September 15, 2015, the Parties agreed to extend Defendants' time to answer or otherwise plead in response to the Complaint up to and including October 12, 2015;

5. The Parties have now agreed to further extend the time for Defendants to respond to the Complaint up to and including October 30, 2015;

6. No Party will be prejudiced by the stipulated-to extension;

7. This Stipulation is without prejudice to, or waiver of, any rights or defenses otherwise available to the Parties in this action;

8. This is the second extension of time to respond and it will not alter the date of any event or any deadline already fixed by Court order.

Now, therefore, it is hereby stipulated and agreed as follows:

Defendants Monster and Best Buy shall have up to and including October 30, 2015, to answer or otherwise respond to Plaintiff's Class Action Complaint [Dkt. 1].

Dated: October 9, 2015

SACKS, RICKETTS & CASE LLP

By: /s/ *Michele Floyd*

LUANNE SACKS
MICHELE FLOYD
Attorneys for Defendants
MONSTER INC. and BEST BUY CO., INC.

Dated: October 9, 2015

BURSOR & FISHER, P.A.

By: /s/ *Joshua Arisohn*

Joshua Arisohn
Counsel for Plaintiff BENJAMIN PEREZ and the putative class



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Judge Edward M. Chen

**ATTESTATION CLAUSE**

I, Michele Floyd, am the ECF user whose identification and password are being used to file the foregoing Joint Stipulation Extending Time for Defendant to Respond to Class Action Complaint. I hereby attest that the above-referenced signatories to this stipulation have concurred in this filing.

Dated: October 9, 2015

SACKS, RICKETTS & CASE LLP

Signed: */s/ Michele Floyd*

LUANNE SACKS
MICHELE D. FLOYD
Attorneys for Defendants
MONSTER INC. and BEST BUY CO., INC.