**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Julia A. Luster (State Bar No. 295031)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com
            jluster@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
Joshua D. Arisohn (*Pro Hac Vice*)
888 Seventh Avenue
New York, NY  10019
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com
            jarisohn@bursor.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN PEREZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MONSTER INC. and BEST BUY CO., INC.,<br><br>Defendants. | Case No. 3:15-cv-03885-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER  SETTING BRIEFING SCHEDULE ON DEFENDANTS MOTION TO DISMISS**<br><br>Honorable Edward M. Chen |

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON
DEFENDANTS MOTION TO DISMISS
CASE NO. 3:15-CV-03885-EMC

1    Plaintiff Benjamin Perez ("Plaintiff") and Defendants Monster Inc. and Best Buy Co., Inc.,
2    ("Defendants") by and through their respective counsel of record, enter into the following
3    stipulation.
4    In light of the Thanksgiving holiday and counsel's vacation schedules, the parties stipulate
5    that the briefing on Defendants' motion to dismiss, filed October 30, 2015, shall proceed as
6    follows, subject to the Court's approval:
7    1.    Plaintiff's opposition shall be filed on November 20, 2015.
8    2.    Defendants' reply shall be filed on December 11, 2015.
9    3.    The ~~not~~ed hearing date of December 17, 2015 at 1:30 p.m., in Courtroom 5, 450
10   Golden Gate Avenue, 17th Floor, San Francisco CA, 94102 w~~ill not chan~~ge. is reset for January 14, 2016 at 1:30 p.m.
11   IT IS SO STIPULATED.

12   Dated: November 3, 2015          **BURSOR & FISHER, P.A.**

13                                    By:  */s/ L. Timothy Fisher*
14                                          L. Timothy Fisher

15                                    L. Timothy Fisher (State Bar No. 191626)
                                      1990 North California Boulevard, Suite 940
16                                    Walnut Creek, CA 94596
                                      Telephone:  (925) 300-4455
17                                    E-Mail: ltfisher@bursor.com

18                                    **BURSOR & FISHER, P.A.**
                                      Scott A. Bursor (State Bar No. 276006)
19                                    Joshua D. Arisohn (*Pro Hac Vice*)
                                      888 Seventh Avenue
20                                    New York, NY  10019
                                      Telephone: (212) 989-9113
21                                    E-Mail: scott@bursor.com
                                              jarisohn@bursor.com
22
                                      *Attorneys for Plaintiff*
23
     Dated:  November 3, 2015          **SACKS, RICKETTS & CASE LLP**
24
                                      By:  */s/ Michele Floyd*
25
                                      Luanne Sacks
26                                    Michele Floyd
                                      177 Post Street, Suite 650
27                                    San Francisco, CA  94108
                                      Facsimile:  (415) 549-0580
28

Email:  lsacks@srclaw.com
mfloyd@srclaw.com

Attorneys for Defendants
MONSTER INC. and BEST BUY CO., INC.

## ATTESTATION

Pursuant to Civil Local Rule 5-1, I, L. Timothy Fisher, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the stipulation's content and have authorized the stipulation.

/s/ L. Timothy Fisher
L. Timothy Fisher

## [PR~~OP~~OSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.   (modified on p. 1 line 10)

Dated: __11/3_____, 2015     _____
The Honorable Edward M. Chen
United States District

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen