| | |
|---|---|
| LUANNE SACKS (State Bar No. 120811)<br>MICHELE FLOYD (State Bar No. 163031)<br>**SACKS, RICKETTS & CASE LLP**<br>177 Post Street, Suite 650<br>San Francisco, CA 94108<br>Telephone: 415-549-0580<br>Facsimile: 415-549-0640<br>E-Mail: lsacks@srclaw.com<br>          mfloyd@srclaw.com<br><br>*Attorneys for Defendants Monster Inc.,*<br>*Best Buy Stores, LP, and Bestbuy.com, LLC* | **BURSOR & FISHER, P.A.**<br>L. Timothy Fisher (State Bar No. 191626)<br>Julia A. Luster (State Bar No. 295031)<br>1990 North California Boulevard, Suite 940<br>Walnut Creek, CA  94596<br>Telephone: (925) 300-4455<br>Facsimile:  (925) 407-2700<br>E-Mail: ltfisher@bursor.com<br>          jluster@bursor.com<br><br>**BURSOR & FISHER, P.A.**<br>Scott A. Bursor (State Bar No. 276006)<br>Joshua D. Arisohn (*Pro Hac Vice*)<br>888 Seventh Avenue<br>New York, NY  10019<br>Telephone: (212) 989-9113<br>Facsimile:  (212) 989-9163<br>E-Mail: scott@bursor.com<br>          jarisohn@bursor.com<br><br>*Attorneys for Plaintiff* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN PEREZ, individually and on behalf of all others similarly situated,<br><br>                                        Plaintiff,<br><br>     v.<br><br>MONSTER INC., BEST BUY STORES, LP, and BESTBUY.COM, LLC,<br><br>                                        Defendants. | Case No. 3:15-cv-03885-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER  EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Honorable Edward M. Chen |

1    Plaintiff Benjamin Perez ("Plaintiff") and Defendants Monster Inc., Best Buy Stores, LP
2  and BestBuy.com, LLC ("Defendants"), by and through their respective counsel of record, enter
3  into the following stipulation.
4    1.   Plaintiff filed his First Amended Complaint on February 10, 2016;
5    2.   Pursuant to the Federal Rules of Civil Procedure, Defendants' responsive pleading
6  is due on Monday, February 29, 2016;
7    3.   Subject to the Court's approval, Plaintiff has agreed to extend Defendant's time to
8  file a responsive pleading for two weeks, until Monday, March 14, 2016.
9    IT IS SO STIPULATED.

Dated: February 17, 2016        Respectfully submitted,

**SACKS, RICKETTS & CASE LLP**

By:  /s/ *Michele Floyd*

Luanne Sacks
Michele Floyd
177 Post Street, Suite 650
San Francisco, CA  94108
Facsimile:  (415) 549-0580
Email:  lsacks@srclaw.com
        mfloyd@srclaw.com

*Attorneys for Defendants*

Dated: February 17, 2016        **BURSOR & FISHER, P.A.**

By:  */s/ L. Timothy Fisher*
     L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone:  (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
Joshua D. Arisohn (*Pro Hac Vice*)
888 Seventh Avenue
New York, NY  10019
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com
jarisohn@bursor.com

*Attorneys for Plaintiff*

### ATTESTATION

Pursuant to Civil Local Rule 5-1, I, Michele Floyd, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the stipulation's content and have authorized the stipulation.

/s/ Michele Floyd
Michele Floyd

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 3/7/2016 , 2015

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

The Honorable
United