UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN PEREZ,<br><br>    Plaintiff,<br><br>v.<br><br>MONSTER INC., et al.,<br><br>    Defendants. | Case No. 15-cv-03885-EMC<br><br>**ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION TO SHORTEN TIME**<br><br>Docket No. 84 |

Defendants have asked the Court to hear their motion to stay proceedings on shortened time. Having considered the parties' briefs and accompanying submissions, the Court hereby **DENIES** Defendants' request for relief. Defendants have failed to establish "substantial harm or prejudice that would occur if the Court did not change the time." Civ. L.R. 6-3(a)(3). In addition, although there may be a settlement in principle in the Illinois state proceedings, the Court cannot assess whether there should be a stay in the instant case until the settlement terms are finalized and, accordingly, shortened time is premature as well. Furthermore, Plaintiffs have raised at least a prima facie case that even a settlement in the Illinois state proceedings will not necessarily dispose of the instant action (*i.e.*, there is not complete overlap between the instant action and the Illinois case).

///
///
///
///
///
///

1  Although, under the Civil Local Rules, Defendants' motion to stay would ordinarily be
2  heard on August 11, 2016, the undersigned is not available on that day.  Accordingly, the motion
3  to stay is hereby scheduled for **August 18, 2016, at 1:30 p.m.**  The briefing schedule remains
4  unchanged.

5  This order disposes of Docket No. 84.

7  **IT IS SO ORDERED**.

9  Dated: July 8, 2016

_____
EDWARD M. CHEN
United States District Judge