UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN PEREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MONSTER INC., et al.,<br><br>　　　　Defendants. | Case No.  15-cv-03885-EMC<br><br>**ORDER RE PRODUCTION DEADLINE** |

The Court will extend the production deadline for the Best Buy Defendants from August 5, 2016 to August 12, 2016, in order for the parties to meet and confer on the production deadline. The parties must meet and confer on **Monday**, **August 8, 2016**, and report back to the Court on whether they can reach a resolution on this issue.

**IT IS SO ORDERED**.

Dated: August 5, 2016

_____
EDWARD M. CHEN
United States District Judge