UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN PEREZ,<br>       Plaintiff,<br>v.<br>MONSTER INC., et al.,<br>       Defendants. | Case No.  15-cv-03885-EMC   (DMR)<br><br>**ORDER RE: DISCOVERY LETTER**<br>Re: Dkt. No. 110 |

The Plaintiff's August 30, 2016 motion to compel [Docket No. 110] is denied without prejudice for failure to comply with the Standing Order for All Judges of the Northern District of California, as well as the undersigned's Standing Order. The parties have not meaningfully met and conferred regarding appropriate search terms or custodians.

The Standing Order for All Judges of the Northern District of California requires all parties to review the Guidelines Relating to the Discovery of Electronically Stored Information ("ESI Guidelines"). The ESI Guidelines and accompanying ESI Checklist recognize "the importance of cooperative exchanges of information" regarding ESI, which should include discussion of search methods as well as custodians.

The parties shall immediately meet and confer in person or by telephone regarding Judge Chen's order permitting narrow discovery on "internal communications regarding the capability, quality, and need for the cable(s) at issue." Aug. 18, 2016 Minute Order [Docket No. 106]; Aug. 18, 2016 H'rg Tr. [Docket No. 19] 19:10-23; 20:10-17. The parties shall meet and confer regarding appropriate custodians, as well as search terms that are tied to the permitted discovery topic. The discovery must be proportional in accordance with Federal Rule of Civil Procedure 26(b)(1).

If the parties are unable to resolve this dispute without judicial intervention, they shall file

1    a joint letter that complies with the requirements of the undersigned's Standing Order by no later
2    than September 7, 2016.
3
4    **IT IS SO ORDERED.**
5    Dated: August 31, 2016

_____
Donna M. Ryu
United States Magistrate Judge