LUANNE SACKS (SBN 120811)
lsacks@srclaw.com
MICHELE FLOYD (SBN 163031)
mfloyd@srclaw.com
**SACKS, RICKETTS & CASE LLP**
177 Post Street, Suite 650
San Francisco, CA 94108
Telephone: 415-549-0580
Facsimile: 415-549-0640

*Attorneys for Defendants*
MONSTER INC., BEST BUY STORES, LP, and BESTBUY.COM, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BENJAMIN PEREZ, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>MONSTER INC., BEST BUY STORES, LP, and BESTBUY.COM, LLC,<br><br>*Defendants*. | Case No.: 3:15-cv-03885-EMC<br><br>**[PR~~OPO~~SED] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS**<br><br>DATE: June 21, 2018<br>TIME: 1:30 p.m.<br>COURTROOM: 5 – 17th Floor<br>JUDGE: Hon. Edward M. Chen<br><br><u>Documents Filed Herewith</u>:<br>1. Notice of Motion and Motion for Leave to Withdraw as Counsel for Defendants<br>2. Declaration of Luanne Sacks |

<a>
</a>

<b>
</b>

Luanne Sacks and Michele Floyd of the law firm of Sacks, Ricketts & Case LLP ("Counsel") seek to withdraw as counsel for Defendants Monster, Inc., Best Buy Stores, LP, and BestBuy.com, LLC ("Defendants") pursuant to Local Rule 11-5 and Cal. Rule Professional Conduct 3-700.  As this Court finds that Counsel has submitted satisfactory reason for withdrawal, and that the granting of this Motion will not cause substantial prejudice or delay to any party,

**IT IS HEREBY ORDERED** that the Motion for Leave to Withdraw as Counsel for Defendants, filed on May 4, 2018, is **GRANTED** and Counsel is hereby terminated as counsel in this proceeding.

**IT IS FURTHER ORDERED THAT**, pursuant to Local Rule 11-5(b), Counsel shall continue to accept service of papers in this action on behalf of Defendants for forwarding purposes, unless and until the Defendants appear by new counsel.  Counsel is **ORDERED** to notify the Defendants of this condition.

Dated: 5/17/18 _____

_____ JUDGE



IT IS SO ORDERED
Judge Edward M. Chen

**[PROPOSED] ORDER GRANTING
MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS
CASE NO. 3:15-cv-03885-EMC**