| | |
|---|---|
| **BURSOR & FISHER, P.A.**<br>L. Timothy Fisher (State Bar No. 191626)<br>1990 N. California Blvd., Suite 940<br>Walnut Creek, CA  94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br>Email: ltfisher@bursor.com | **FOX ROTHSCHILD LLP**<br>Joseph E. Collins (*Pro Hac Vice*)<br>353 North Clark Street, Suite 3650<br>Chicago, Illinois 60654<br>Telephone: (312) 517-9227<br>Facsimile: (312) 517-9201<br>Email:  jcollins@foxrothschild.com |
| **BURSOR & FISHER, P.A.**<br>Scott A. Bursor (State Bar No. 276006)<br>Joshua D. Arisohn (*Pro Hac Vice*)<br>888 Seventh Avenue<br>New York, NY  10019<br>Telephone: (212) 989-9113<br>Facsimile:  (212) 989-9163<br>Email:  scott@bursor.com<br>            jarisohn@bursor.com | **FOX ROTHSCHILD LLP**<br>Jade Butman (State Bar No. 235920)<br>345 California Street, Suite 2200<br>Telephone: (415) 364-5540<br>Facsimile: (415) 391-4436<br>Email:  jbutman@foxrothschild.com<br><br>*Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN PEREZ, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>      v.<br><br>MONSTER INC.; BEST BUY STORES, LP; and BESTBUY.COM, LLC,<br><br>             Defendants. | Case No.: 3:15-cv-03885 EMC<br><br>**JOINT STATUS REPORT AND REQUEST TO CONTINUE STATUS CONFERENCE**<br><br>Date:     October 3, 2019<br>Time:     10:30 AM<br>Place:    Courtroom 5<br>Judge:    Hon. Edward M. Chen |

JOINT STATUS REPORT
Case No.: 3:15-cv-03885 EMC

Pursuant to the Court's Order June 20, 2019 (ECF No. 161) ("Order"), the Parties hereby jointly submit this status report.

At the hearing held on August 18, 2016, the Court stayed this action in light of the class action settlement in *Joseph v. Monster, Inc.*, Case No. 15 CH 13991 (Circuit Court of Cook County, IL – County Department; Chancery Division).  On June 5, 2019, the *Joseph* court granted the motion for final approval of that settlement.  Intervenor Daron Jacobson, who objected to that settlement and is represented by Plaintiff's counsel, intends to appeal the *Joseph* court's approval of the settlement.  Accordingly, the parties jointly request that this matter remained stayed until that appeal has been resolved, and that the Court continue the status conference currently scheduled for October 3, 2019 at 10:30 AM until January 30, 2020 or until another time thereafter that is more convenient for the Court.

Dated:  September 26, 2019            **BURSOR & FISHER, P.A.**

By:  /s/ L. Timothy Fisher
L. Timothy Fisher
Scott A. Bursor
Joshua D. Arisohn

*Attorneys for Plaintiff*

Dated:  September 26, 2019            **FOX ROTHSCHILD LLP**

By:    /s/ *Joseph E. Collins*
Joseph E. Collins
Jade Butman

*Attorneys for Defendants*