**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 N. California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
Joshua D. Arisohn (*Pro Hac Vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
Email: scott@bursor.com
       jarisohn@bursor.com

*Attorneys for Plaintiff*

**FOX ROTHSCHILD LLP**
Joseph E. Collins (*Pro Hac Vice*)
353 North Clark Street, Suite 3650
Chicago, Illinois 60654
Telephone: (312) 517-9227
Facsimile: (312) 517-9201
Email: jcollins@foxrothschild.com

**FOX ROTHSCHILD LLP**
Jade Butman (State Bar No. 235920)
345 California Street, Suite 2200
Telephone: (415) 364-5540
Facsimile: (415) 391-4436
Email: jbutman@foxrothschild.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN PEREZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MONSTER INC.; BEST BUY STORES, LP; and BESTBUY.COM, LLC,<br><br>Defendants. | Case No.: 3:15-cv-03885 EMC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED among Plaintiff Benjamin Perez and Defendants Monster Inc., Best Buy Stores, LP and BestBuy.com, LLC, that all of Plaintiff's claims are hereby dismissed with prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii). Each party shall bear his/its own costs, expenses, and attorney's fees related to this action.

Dated: October 28, 2019    **BURSOR & FISHER, P.A.**

By: /s/ L. Timothy Fisher
L. Timothy Fisher
Scott A. Bursor
Joshua D. Arisohn

*Attorneys for Plaintiff*

Dated: October 28, 2019    **FOX ROTHSCHILD LLP**

By: /s/ Joseph E. Collins
Joseph E. Collins
Jade Butman

*Attorneys for Defendants*



DATED: November 4, 2019

---

STIPULATION OF DISMISSAL WITH PREJUDICE
Case No.: 3:15-cv-03885 EMC

1